No. 300 (October Term, 1931). SOUTHERN RY. Co. *v.* KENTUCKY; and

No. 301 (October Term, 1931). MELLON, DIRECTOR GENERAL OF RAILROADS, *v.* SAME.

Appeals from the Court of Appeals of Kentucky. October 10, 1932. In these cases the parties have made and lodged with the Clerk a stipulation as follows:

" It is stipulated and agreed between the parties that, due to a mutual mistake of fact, not discovered by either party until after the judgment of affirmance in this Court, there is no tax involved herein due the Commonwealth of Kentucky, and that the judgment of affirmance in these causes as shown in the opinion of this Court rendered January 4, 1932, be set aside and the cases be dismissed, and that such mandate of this Court go down as will effectuate this agreement. It is further agreed that the appellants pay all taxable costs not heretofore paid."

It is ordered that the stipulation be filed; that in each case the judgment of this Court affirming the judgment appealed from is hereby set aside and the case is dismissed; that appellant pay all taxable costs not heretofore paid and that the case be remanded to the Court of Appeals of Kentucky for such proceedings as will effectuate the above-quoted agreement. [See 284 U. S. 338.]

No. 34. RHODES ET AL. *v.* TWING ET AL. Jurisdictional statement

561

submitted September 15, 1932.  Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question.  *Godchaux* v. *Estopinal,* 251 U. S. 179, 181; *Jett Bros. Co.* v. *Carrollton,* 252 U. S. 1, 6, 7; *Citizens National Bank* v. *Durr,* 257 U. S. 99, 106; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 116, 117; *Live Oak Water Users Assn.* v. *Railroad Commission,* 269 U. S. 354, 357.  *Mr. Oliver J. Todd* for appellants. *Mr. Jewell P. Lightfoot* for appellees.

No. 35. WILLIAMS ET AL. *v.* H. C. SPEER & SONS CO. ET AL. Jurisdictional statement submitted September 15, 1932.  Decided October 10, 1932.  *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question.  *Godchaux* v. *Estopinal,* 251 U. S. 179, 181; *Jett Bros. Co.* v. *Carrollton,* 252 U. S. 1, 6, 7; *Citizens National Bank* v. *Durr,* 257 U. S. 99, 106; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 116, 117; *Live Oak Water Users Assn.* v. *Railroad Commission,* 269 U. S. 354, 357.  *Mr. Oliver J. Todd* for appellants.  *Mr. Jewell P. Lightfoot* for appellees.

No. 44. SAVELLE *v.* STATE BOARD OF DENTAL EXAMINERS ET AL. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932.  *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Haseltine* v. *Central Bank of Springfield,* 183 U. S. 130, 131; *Schlosser* v. *Hemphill,* 198 U. S. 173, 175, 176; *Louisiana Navigation Co.* v. *Oyster Commission,* 226 U. S. 99, 101; *California National Bank* v. *Stateler,* 171 U. S. 447, 449; *Bruce* v. *Tobin,* 245 U. S. 18, 19, 20; *Grays Harbor Logging Co.* v. *Coats-Fordney Logging Co.,* 243